# COMMITMENT

| **United States District Court** | **DISTRICT** New Jersey |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Richard D. Williams | **DOCKET NO.**<br>17-193 (JMV) |

| The above named defendant was arrested upon the complaint of |
|---|

charging a violation of   18 USC §922(g)(1)

| **DISTRICT OF OFFENSE**   New Jersey | **DATE OF OFFENSE**<br>02/18/17 |
|---|---|

**DESCRIPTION OF CHARGES:**

Possession of a firearm by a convicted felon

**BOND IS FIXED AT**
$    Detained

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

5/31/17
*Date*

*John Michael Vazquez, United States Judge*

| **RETURN** |
|---|

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |